01
02
03
04
05
06
07
08                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
                                     AT SEATTLE
09
PAUL SIMONDS,                          )
10                                     )   Case No. C07-536-MJP-JPD
                    Plaintiff,         )
11                                     )
        v.                             )
12                                     )   MINUTE ORDER
JUDGE CANBY, et al.,                   )
13                                     )
                    Defendants.        )
14   _____)

15          The following minute order is made at the direction of the Court, the Honorable James

16   P. Donohue, United States Magistrate Judge:

17          (1)     The Honorable James P. Donohue recuses himself from the above-captioned

18   case.

19          (2)     The Clerk of Court is directed to reassign this case for purposes of pre-

20   assignment and referral, and is further directed to send a copy of this Minute Order to the

21   plaintiff.

22          DATED this  18th  day of April, 2007.

23                                         Bruce Rifkin
                                           Clerk of the Court
24

25                                         /s/ Peter H. Voelker
                                           Peter H. Voelker
26                                         Deputy Clerk