UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL SIMONDS,

         Plaintiff,

  v.

JUDGE CANBY, et. al.,

         Defendants.

No. 07-cv-0536-MJP-MAT

ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE

      Plaintiff Paul Simonds ("Simonds") has filed objections to the Report and Recommendation of Magistrate Judge Mary Alice Theiler. This Court finds Simonds' objections to be virtually incomprehensible. They do nothing to rebut the Magistrate Judge's well-supported conclusion that Simonds' complaint is frivolous and fails to state a claim upon which relief may be granted.

      Therefore, having reviewed the record (Dk. Nos. 1, 4, 5) and the documents submitted by the parties, this Court adopts the Report and Recommendation. Simonds' application to proceed *in forma pauperis* is DENIED and the case is DISMISSED without prejudice.

The Clerk is directed to send copies of this order to all counsel of record.

      Dated: May 22, 2007.

ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

/s Marsha J. Pechman

Marsha J. Pechman
United States District Judge

ORDER - 2